1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: 916-554-2700
   Facsimile: 916-554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,                 Misc. No. 2:14-MC-0020-GEB-CKD
11
           Plaintiff and Judgment Creditor,  Case No.  2:09-CR-0066-GEB
12
   v.                                        **STIPULATION RE APPLICATION FOR A
13                                           FINAL ORDER OF GARNISHMENT
   VERONIKA WRIGHT,                          [SAFE DEPOSIT BOX]; ORDER**
14
           Defendant and Judgment Debtor.
15
   BANK OF AMERICA, N.A.,
16
           Garnishee.
17

18     Remaining in this garnishment action is the appropriate disposition of a safe deposit box in the

19 names of Judith and Robert Wright (the Wrights), the in-laws of defendant Veronika Wright.  The

20 signatories hereto agree, upon the terms stated below, that the inspection, inventory and disposition of

21 the safe deposit box's (the Box) contents should proceed as follows:

22     1.     The Wrights represent that they are the sole owners of the Box's contents.  They further

23 represent the Box's exclusive contents are photographs of their personal items and household

24 furnishings; photographs not taken for commercial resale, but for recording their household items in the

25 event of a fire or other loss warranting the submission of an insurance claim.  Finally, the Wrights affirm

26 that they accessed the Box one time after March 11, 2014, the date garnishee Bank of America (BoA)

27 acknowledged receipt of the United States' writ of garnishment.  On March 18, 2014, the Wrights affirm

28 they accessed the Box, looking for their passports.  They affirm the passports were not in the Box and

STIPULATION RE FINAL ORDER OF                   1
GARNISHMENT; AND ORDER

they affirm they did not remove anything from the Box. The Wrights affirm March 18, 2014, was the last date they accessed the Box.

2. Within forty-five (45) days of the Court's order approving this stipulation, the Wrights and a representative from the United States Attorney's Office shall, at a mutually agreeable date and time, meet at the BoA branch where the Box is located to inspect the Box's contents.

3. Once the signatories agree upon a date and time, the Wrights will arrange with a BoA representative to open the Box so the signatories may inspect and inventory the contents as well as any Box access log that BoA maintains. The United States will prepare an inventory, which the Wrights will date and sign. The Wrights authorize the United States to photograph the Box's contents. The signatories agree the BoA representative will remain present during this process until the Box is locked and resecured.

4. The United States will have ten (10) days following the inspection to determine its next course of action. If the contents are as described in paragraph 1, below, the United States will request that the Court terminate the writ concerning the Box. If the United States determines that some or all of the contents are not as described, it will seek a further order from the Court within ten (10) days following the inspection to determine its next course of action.

5. Pending further order of this Court, the Box shall remain locked and inaccessible to the Wrights or any other persons or entities.

FOR THE UNITED STATES OF AMERICA:

Dated   July 23, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/*Kurt A. Didier*
                                         KURT A. DIDIER
                                         Assistant United States Attorney

FOR JUDITH WRIGHT:

Dated _____            _____
                                         JUDITH WRIGHT

FOR ROBERT WRIGHT:

Dated_____             _____
                                         ROBERT WRIGHT

STIPULATION RE FINAL ORDER OF                          2
GARNISHMENT; AND ORDER

**ORDER**

The Court, having reviewed the court files and the parties' Stipulation re Application for Final Order of Garnishment (the Stipulation) and finding good cause therefore, hereby APPROVES the Stipulation.

IT IS SO ORDERED.

Dated: July 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER