BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. No. 2:14-MC-0020-GEB-CKD |
| Plaintiff and Judgment Creditor, | Case No. 2:09-CR-0066-GEB |
| v. | **APPLICATION FOR AN ORDER TERMINATING GARNISHMENT [SAFE DEPOSIT BOX]; AND ORDER** |
| VERONIKA WRIGHT, | |
| Defendant and Judgment Debtor. | |
| BANK OF AMERICA, N.A., | |
| Garnishee. | |

Per the Court's July 29, 2014 Order in this garnishment action, the United States timely performed an inspection and inventory of a safe deposit box Judith and Robert Wright (the Wrights) maintain at the Bank of America, N.A. ECF No. 18. The Wrights are the in-laws of defendant Veronika Wright. From the inspection, the United States determined the box's contents have no monetary value and are the exclusive property of the Wrights, non-parties in this garnishment proceeding. Accordingly,

///

///

Application for Order Terminating
Garnishment; and Order

1

1 the United States requests an order terminating the writ of garnishment against the Wright's safe deposit
2 box at Bank of America.

                                                                      Respectfully submitted,

                                                                      BENJAMIN B. WAGNER
                                                                      United States Attorney

Dated:  September 8, 2014                       KURT A. DIDIER
                                                                      Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating the writ of garnishment against Judith and Robert Wright's safe deposit box at the Bank of America, N.A. (the Application), and finding good cause therefore, hereby GRANTS the Application. The writ is hereby TERMINATED.

IT IS SO ORDERED.

Dated: September 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order